Richard I. Fine, Prisoner ID # 1824367
Twin Towers Correctional Facility
450 Bauchet St.
Los Angeles, CA 90012



United States District Court
Central District of California
Western Division

Richard I. Fine
v.
The Sheriff of LA County

Case #CV09-1914JFW (CW)
Response to Sheriff's Motion to
Dismiss And Request for Immediate
Order for Release From Custody And
For Order For Writ of Habeas Corpus
On All Grounds

The motion to dismiss is a sham because the Sheriff is a party and cannot be dismissed and the Court does not have jurisdiction to order or direct the Superior Court or Del Rey Shores Joint Venture, and Del Rey Shores Venture North to appear in this case. (Del Rey Shores) Unlike the Diaz Case the real parties and interest in this case have not filed a notice to appear or a notice of intervention, nor have their council stated that they will voluntarily file such notices or appear. The only statement from the Council or the real parties in interest are here say statements made in the declaration of Mr. Beach to the affect that the Superior Court and Del Rey Shores would appear if they were ordered to appear or directed to appear. These statements are sham statements because the Council knows that this Court does not have the jurisdiction to order someone to appear if that person is not a party before the Court or has not voluntarily appeared before the court. As shown in the Diaz case, the Superior Court filed a notice of being an interested party to appear and filed a brief with the US Superior Court as part of such notice. This is far different from a statement that the Superior Court and Del Rey Shores would respond if ordered to do such by a court that does not have the jurisdiction to order them to respond.

The sheriff has not responded to the ex parte application and the Sheriff has not responded to the petition with any answer or motion to dismiss recognized as a valid motion to dismiss. The Sheriff could have contacted the Superior Court and Del Rey Shores at the outset of this case and obtained their cooperation to respond to petition and the ex parte application or to intervene, but elected to not do such. Instead, the Sheriff elected to engage in a delay tactic and filed the present sham motion and the Superior Court and Del Rey Shores elected to not intervene in this case.

Finally, the new facts of the self recusal from this case of the US district Court Judges Fischer and Woo, who are former LA Superior Court judges who received the illegal payments, as did Judge Yaffe, and who have also received retroactive immunity under Senate Bill SBX 2-11 demonstrates that petitioner will win this case and that the Magistrate Judge should order the petitioner to be released forthwith and grant the petition on all grounds forthwith.

Dated 4/24/09; Respectfully submitted, Richard I. Fine
in pro per
authorized signature_____*Paula R. Heartland*_____
Paula R. Heartland

Proof of Service
State of California
County of Los Angeles

I, Paula Heartland, am a resident of the County of Los Angeles. My address is 506 Santa Monica Boulevard, Suite 314, Santa Monica, CA 90401. I am not a party to this action.

On April 24, 2009, I caused the following document entitled Response to Sheriff's Motion to Dismiss And Request for Immediate Order for Release From Custody And For Order For Writ of Habeas Corpus On All Grounds to be served upon the following party: Lawrence Beach, Allen & Choi P.C.

Lawrence Beach
Allen & Choi P.C.
100 W. Broadway
Suite 1200
Glendale, CA 91210

By First Class mail, by depositing such in the US Mail postage pre-paid.

Declare the afore mentioned facts are true and correct under the laws of the United States of America.

Executed the 24th day of April, 2009 at Los Angeles, CA.

Signed _____