JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD I. FINE, | ) | No. CV 09-1914-JFW(CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| SHERIFF LEROY D. BACA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 29, 2009

_____
JOHN F. WALTER
United States District Judge