E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1914-JFW (CW) | Date | July 16, 2009 |
|---|---|---|---|
| Title | *Richard Fine v. Sheriff Leroy D. Baca, et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   (In Chambers) Order re: Petitioner's Motion to Disqualify Judge Woehrle

     This matter is before the Court on Petitioner's Motion to Disqualify Judge Woehrle ("Motion"). We have read and considered Petitioner's Motion, and deem resolution of this matter appropriate without oral argument. L.R. 7-15.  Petitioner has raised no sufficient basis for disqualifying Judge Woehrle under 28 U.S.C. § 455(a).  Accordingly, Petitioner's Motion is hereby **DENIED**.

    **IT IS SO ORDERED.**

|  -- | : | -- |
|---|---|---|
| Initials of Deputy Clerk | | Bea |